PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Luis Pina                                              Cr.: 03-00472-001

Name of Sentencing Judicial Officer: Harold A. Ackerman, Sr. U.S. District Judge

Date of Original Sentence: 11/30/04

Original Offense: Conspiracy to Commit Credit Card Fraud

Original Sentence: 12 months imprisonment; 3 years supervised release; $71,288.62 restitution; $100 special assessment; financial disclosure; no new debt, drug testing/treatment.

Type of Supervision: Supervised Release           Date Supervision Commenced: 12/30/05

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special condition which states, **'The defendant shall refrain from illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.'** |
| | During an office visit on September 6, 2006, Pina underwent an instant urinalysis that tested positive for marijuana and cocaine; it was subsequently sent to the laboratory for confirmation. On September 7, 2006, Pina admitted to smoking marijuana on August 30, 2006, and signed the Admission of Drug Use form; he continues to adamantly deny the use of cocaine. |

U.S. Probation Officer Action:

Probation recommends presentation of this document to the offender as a formal judicial written reprimand.

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date: 09/08/06

PROB 12A - Page 2
Luis Pina

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other: Probation to present this document to the offender as a formal judicial reprimand issued under the authority of the Court.

_____
Signature of Judicial Officer

Sept. 20, 2006
Date