**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING PROBATION OFFICER

December 29, 2010

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-209
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

United States District Court Judge, Designate
United States District Court
Martin Luther King, Jr.
Federal Building and Courthouse
P.O. Box 0999
Newark, NJ 07102-0999

RE:   Pina, Luis
       Dkt. No. 03-00472-001
       **Outstanding Restitution Balance**

Dear Judge Designate:

On November 30, 2004, the Honorable Harold A. Ackerman, Sr. USDJ, sentenced Luis Pina to twelve months imprisonment, three years supervised release, $71,288.62 in restitution and a $100 special assessment for the offense of Conspiracy to Commit Credit Card Fraud. Special conditions included drug testing/treatment, financial disclosure and no new debt.

On May 8, 2008, Pina appeared before Judge Ackerman for a violation of supervised release; he pled guilty to committing a new crime and was sentenced to twenty-four months imprisonment and a one-year term of supervised release. The previously imposed special conditions were re-imposed.

The offender's term of supervision will expire on February 1, 2011; however, as of today's date, he maintains a restitution balance of $62,965.29. Notwithstanding the outstanding financial obligation, Pina has otherwise been in compliance with the conditions of supervision. Unless the Court considers otherwise, we recommend the offender's supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18 U.S.C. § 3612. By copy of this letter, the Financial Litigation Unit of the United States Attorney's Office for the District of New Jersey is notified of the expiration of Pina's term of supervision.

As always, we make ourselves available should the Court wish to discuss this matter. The undersigned can be reached at (973)357-4090.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Denise Morales
U.S. Probation Officer

/dm

cc: United States Attorney's Office
    Financial Litigation Unit

## EXPIRATION OF SUPERVISION WITH OUTSTANDING RESTITUTION BALANCE

U.S. v. Luis Pina
Docket No.: 03-00472-001

__X__   The Court approves of the expiration of supervision with an outstanding restitution balance.

_____   The Court does not approve of the offender's expiration from supervision with an outstanding restitution balance.

_____
Signature of Judicial Officer

____1/18/11_____
Date